# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5025
_____

ERIC BRACHIAN GREGORY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

July 9, 2019


PER CURIAM.

AFFIRMED.

WETHERELL, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric Brachian Gregory, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.